# Third District Court of Appeal

## State of Florida

Opinion filed March 24, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-47
Lower Tribunal Nos. 19-209 AP; 12-28206 CC
_____

## General Impact Glass & Windows, Corp.,
Appellant,

vs.

## The Hanover Insurance Company, et al.,
Appellees.

An Appeal from the County Court for Miami-Dade County, Robert T. Watson, Judge.

Daniels, Rodriguez, Berkeley, Daniels & Cruz, P.A., and Jorge L. Cruz, Justin S. Miller and William O. Diab, for appellant.

Smith, Currie & Hancock LLP, Christopher M. Horton and Brian A. Wolf (Fort Lauderdale), for appellee, The Hanover Insurance Company.

Before FERNANDEZ, LINDSEY and GORDO, JJ.

PER CURIAM.

A trial court's determination that the party with the burden of proof has failed to meet that burden will not be overturned on appeal where it is supported by competent, substantial evidence. <u>See, e.g.</u>, <u>Tylinski v. Klein Auto., Inc.</u>, 90 So. 3d 870, 873 (Fla. 3d DCA 2012).

Affirmed.